```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
              -v-                                              :    15-CR-395 (VSB)
                                                                  :
GUILLERMO JEAN PIERRE ZAGARRA-MARTINEZ,                           :
                                                                  :      ORDER
                             Defendant.                       :
                                                                  :
------------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       It is hereby ORDERED that the defendant in the above captioned case, USM Number 76401-054, has been sentenced to a term of imprisonment of "Time Served", and therefore is to be released subject to any detainers.

SO ORDERED.

Dated:   September 24, 2020
             New York, New York

                                                                 Vernon S. Broderick
                                                                 United States District Judge